THOMAS BRIKSZA, Appellant, v NEW YORK S. STORAGE INC. et al., Respondents.

Submitted October 16, 2006; decided October 24, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of the Rehabilitation of FRONTIER INSURANCE COMPANY. CALLON PETROLEUM, Respondent, v NEW YORK STATE DEPARTMENT OF INSURANCE, as Rehabilitator of Frontier Insurance Company, Appellant.

Submitted August 14, 2006; decided October 24, 2006

Motion by the Louisiana Department of Insurance for leave to file a statement amicus curiae on the motion for leave to appeal herein granted and the statement is accepted as filed.

GEORGE EAGAN GINTHER, Appellant, v MARY O'GRADY GINTHER et al., Respondents.

Submitted July 31, 2006; decided October 24, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the appeal from the Supreme Court order granting appellant's motion for a sealing order, dismissed upon the ground that appellant is not a party aggrieved by such order (see CPLR 5511); motion for leave to appeal otherwise denied.

Judge PIGOTT taking no part.